# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES,**

        **Plaintiff,**

Case No. 05-CR-240

-vs-

**RICHARD ALVA,**

        **Defendant.**

## DECISION AND ORDER

Before the Court is defendant, Richard Alva's, request for a de novo review of the detention order issued in the above-captioned case by Magistrate Judge Patricia J. Gorence.

The Court has reviewed the materials submitted and other related filings and rules as follows.

The defendant's request to have the Magistrate Judge's detention order modified in any way is **DENIED**.

Dated at Milwaukee, Wisconsin, this 26th day of January, 2006.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**